UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**PRUCO LIFE INSURANCE COMPANY,
ET AL,**

    Plaintiffs,

v.                                                                                            2:23-cv-054-SPC-NPM

**SANDRA HOWEN, ET AL,**

    Defendants.

---

## ORDER

In this interpleader action, Marlene Twentier requests an order authorizing the disbursement of funds from the court's registry. Pruco Life Insurance Company and The Prudential Life Insurance Company of America deposited one-hundred thirty-two thousand, four-hundred and sixty-three dollars and nineteen cents ($132,463.19) into the court's registry. A judgement was entered on August 6, 2024, in favor of Marlene Twentier, in her capacities as Personal Representative of the Estate of Walter D. Schrecongost and as Successor Trustee of the Schrecongost Family Revocable Living Trust dated November 15, 2010. All appellate timelines have now expired.

Accordingly, the motion authorizing disbursement (Doc. 72) is **GRANTED**, and the clerk shall disburse the sum of one-hundred thirty-two thousand, four-hundred and sixty-three dollars and nineteen cents ($132,463.19), plus any accrued

interest, less any registry fee or charge, to the Steven A. Ramunni Trust Account at P.O. Box 1118, 110 N. Main Street, LaBelle, Florida, 33975.

**ORDERED** on November 13, 2024.

_____
NICHOLAS P. MIZELL
United States Magistrate Judge