UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

PRUCO LIFE INSURANCE COMPANY and THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,

Plaintiffs,

v. Case No.: 2:23-cv-54-SPC-NPM

SANDRA HOWEN, et al.

Defendant(s).
_______________________________/

MARLENE TWENTIER, in her capacities as Personal Representative of the ESTATE OF WALTER D. SCHRECONGOST and Successor Trustee of the SCHRECONGOST FAMILY REVOCABLE LIVING TRUST DATED NOVEMBER 15, 2010,

Cross-claimant,

v.

SANDRA HOWEN and LISA HOWEN

Crossclaim Defendants.
_______________________________/

**OPINION AND ORDER**

Before the Court is Defendant / Cross-claimant Marlene Twentier's Second Verified Supplemental Motion Under Local Rule 7.01(C) to Determine Attorney's Fees and Expenses (Doc. 98) and United States Magistrate Judge Nicholas P. Mizell's Report and Recommendation ("R&R") (Doc. 99). Judge Mizell recommends granting the motion in part and denying in part. No party objected, so the matter is ripe for review.

After conducting a careful and complete review of the findings and recommendations, a district judge "may accept, reject, or modify, in whole or in part," a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1)(C). In the absence of specific objections, there is no requirement that a district judge review the report and recommendation de novo. *See Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Instead, when parties don't object, a district court need only correct plain error as demanded by the interests of justice. *See, e.g.*, *Symonette v. V.A. Leasing Corp.*, 648 F. App'x 787, 790 (11th Cir. 2016); *Thomas v. Arn*, 474 U.S. 140, 150–52 (1985). Plain error exists if (1) "an error occurred"; (2) "the error was plain"; (3) "it affected substantial rights"; and (4) "not correcting the error would seriously affect the fairness of the judicial proceedings." *Farley v. Nationwide Mut. Ins.*, 197 F.3d 1322, 1329 (11th Cir. 1999).

After careful consideration and an independent review of the case, the Court finds no plain error. It accepts and adopts the R&R in full.

Accordingly, it is now

**ORDERED:**

1. Judge Mizell's Report and Recommendation (Doc. 99) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.
2. Defendant's Second Verified Supplemental Motion Under Local Rule 7.01(C) to Determine Attorney's Fees and Expenses (Doc. 98) is **GRANTED in part and DENIED in part**.
3. The Court awards **$37,949.20** in attorney's fees payable to Defendant / Cross-Claimant Marlene Twentier.

**DONE** and **ORDERED** in Fort Myers, Florida on October 22, 2026.

Sheri Polster Chappell
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record